## THE FINANCE.

### BEDFORD et al. v. NEWPORT NEWS SHIPPING & DRY DOCK CO.

(Circuit Court of Appeals, Second Circuit. October 30, 1894.)

Appeal from the District Court of the United States for the Eastern District of New York.

Carter & Ledyard, for claimants and appellants.

Benedict & Benedict, for libelant and appellee.

Discontinued by consent.

---

### HUMPHREYS HOMEOPATHIC MEDICINE CO. v. HILTON.

(Circuit Court of Appeals, Second Circuit. January 23, 1895.)

Appeal from the Circuit Court of the United States for the Southern District of New York.

Henry F. Homes, for appellant.

Wise & Lichtenstein, for appellee.

Discontinued by consent.

---

### JOLIET NAT. BANK v. THIRD NAT. BANK OF CITY OF NEW YORK.

(Circuit Court of Appeals, Second Circuit. November 14, 1894.)

No. 34.

Appeal from the Circuit Court of the United States for the Southern District of New York.

Jackson Wallace, for appellant.

Thos. G. Shearman, for appellee.

Dismissed by consent.

---

### McALLISTER et al. v. TEBO et al.

(Circuit Court of Appeals, Second Circuit. March 11, 1895.)

Appeal from the District Court of the United States for the Southern District of New York.

J. A. Hyland, for respondents and appellants.

Goodrich, Deady & Goodrich, for libelants and appellees.

Appeal dismissed, pursuant to the twenty-third rule.

---

### THE MARK K. CAMPBELL.

### ROSS v. HOUGHTON et al.

(Circuit Court of Appeals, Second Circuit. May 31, 1895.)

Appeal from the District Court of the United States for the Southern District of New York.

Wilcox, Adams & Green, for intervening mortgagee, appellant.

H. D. Hotchkiss, for appellees.

Appeal dismissed by consent.